UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------

PRIDDIS MUSIC, INC.
                      Plaintiff,

    -v-                                      1:05-CV-491

TRANSWORLD ENTERTAINMENT
CORPORATION

                    Defendant.
-------------------------------

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 25 2005

LAWRENCE K. BAERMAN, Clerk
UTICA

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on August 26, 2005, via video conference between federal courthouses in Utica and Albany, New York, it is hereby

ORDERED that

(1) Defendant's motion to dismiss the <u>First</u> and <u>Sixth</u> Causes of Action, for Fraud and Conversion respectively, is GRANTED;

(2) The <u>First</u> and <u>Sixth</u> Causes of Action are DISMISSED.

(3) Defendant's motion to dismiss the <u>Fifth</u> Cause of Action for Unjust Enrichment is DENIED;

(4) Plaintiff's request for punitive damages is DISMISSED;

(5) Plaintiff has withdrawn the <u>Third</u> Cause of Action for Breach Good Faith and Fair Dealing and its request for attorney's fees, and thus, those claims are DISMISSED; and

(6) Defendant shall file and serve an answer to the <u>Second</u>, <u>Fourth</u> and <u>Fifth</u> Causes of Action on or before September 9, 2005.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 26, 2005
        Utica, New York.